UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAVID BLUMENSTEIN,

                    Plaintiff,                    Civil Action No. 1:16-cv-06446 (PKC)

     -against-                              STIPULATION OF
                                                   DISCONTINUANCE
WASPIT GROUP, INC. and RICHARD STEGGALL    AND
                                                   ORDER OF DISMISSAL

                  Defendants.
---------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that this action be and hereby is discontinued with prejudice and without costs to any party. A facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated: June 1, 2017

Blackstone Law Group LLP                             The Mintz Fraade Law Firm, P.C.
Attorney for Plaintiff                                            Attorney for Defendants
167 Madison Avenue, Suite 202                   271 Madison Avenue, 12th Floor
New York, NY 10016                                    New York, New York 10016
Tel: (212) 682-5304                                        (212) 486-2500

By: _____                            By: _____
     Justin B. Perri                                               Alan P. Fraade

SO ORDERED

_____
Hon. P. Kevin Castel
United States District Judge