USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/17

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DAVID BLUMENSTEIN,

        Plaintiff,

-against-

WASPIT GROUP, INC. and RICHARD STEGGALL

        Defendants.
----------------------------------------X

Civil Action No. 1:16-cv-06446 (PKC)

STIPULATION OF DISCONTINUANCE AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that this action be and hereby is discontinued with prejudice and without costs to any party. A facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated: June 1, 2017

Blackstone Law Group LLP
Attorney for Plaintiff
167 Madison Avenue, Suite 202
New York, NY 10016
Tel: (212) 682-5304

By: _____
    Justin B. Perri

The Mintz Fraade Law Firm, P.C.
Attorney for Defendants
271 Madison Avenue, 12th Floor
New York, New York 10016
(212) 486-2500

By: _____
    Alan P. Fraade

SO ORDERED

_____  6-5-17
Hon. P. Kevin Castel
United States District Judge